IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHIRLEY SANDIFER,<br><br>    Plaintiff<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | NO. 5:05-CV-300 (CWH)<br><br>**SOCIAL SECURITY APPEAL** |

## O R D E R

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request, with Plaintiff's consent, to remand this action for further development of the record by an administrative law judge (ALJ), this case is hereby remanded. On remand, the ALJ will address the issue of whether the requirements of Listing 12.05C or another listing are met or equaled. The ALJ will rate the Plaintiff's functional limitations following the regulatory guidelines, 20 C.F.R. §§ 404.1520a and 416.920a, and, if appropriate, state the Plaintiff's work related mental limitations. The ALJ will use the services of a medical expert and, if needed, a vocational expert. The medical expert will be asked to address whether the Plaintiff has deficits in adaptive functioning which were initially manifested during the developmental period.

Further, the ALJ will consider Plaintiff's work from August 2000 to determine whether Plaintiff's work after that time was substantial gainful work, and, if so, the ALJ will consider the issue of disability for the period after Plaintiff last engaged in substantial gainful work.

Finally, Plaintiff filed subsequent applications for benefits on July 28, 2005, which were denied.  On remand, the subsequent claim will be consolidated with the current claim.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings.  ***See Shalala v. Schaefer***, 509 U.S. 292 (1993); ***Melkonyan v. Sullivan***, 501 U.S. 89 (1991).  The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND DIRECTED, this 24th day of MARCH, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE